United States District Court
Southern District of Texas
**ENTERED**
March 16, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, on its own behalf and Assignee of Houstoun, Woodward, Eason, Gentle, Tomforde and Anderson, Inc. d/b/a INSURANCE ALLIANCE, | § § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action H-16-1947 |
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY d/b/a PENN NATIONAL INSURANCE, | § § § § | |
| *Defendant*. | § | |

## ORDER

The court institutes the following TIMING ORDER, regulating the parties' time to try this case. The plaintiff will have 15 hours at trial,[1] including direct examination (both live and by deposition, cross-examination, and bench conferences.[2] The defendant will have 15 hours at trial, including direct examination (both live and by deposition), cross-examination, and bench conferences. Opening and closing statements will not be charged to either party.

Signed at Houston, Texas on March 15, 2022.

Gray H. Miller
Senior United States District Judge

---

[1] From past experience, the court estimates that a trial day is approximately 5 hours.
[2] Time consumed for bench conferences will be charged against the party initiating the bench conference. Conferences initiated by the court will not be charged to either party.