IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY d/b/a PENN NATIONAL INSURANCE,<br><br>    Plaintiff,<br>VS.<br><br>WESTPORT INSURANCE CORPORATION, on its own behalf and as Assignee of HOUSTOUN, WOODWARD, EASON, GENTLE, TOMFORDE, AND ANDERSON, INC. d/b/a INSURANCE ALLIANCE,<br><br>    Defendant. | § § § § § § § § § § § § § § § §  **CIVIL ACTION NO. 4:16-CV-01947** |

## JURY VERDICT

**Question No. 1** (Penn National has the burden of proof)

Do you find by a preponderance of the evidence that Westport failed to act as an ordinarily prudent insurance company would have under the same or similar circumstances by not accepting the alleged Highport-Insurance Alliance Lawsuit settlement demand made on May 20, 2009?

    Answer "Yes" or "No."

    ANSWER: __Yes__


**Question No. 2** (Penn National has the burden of proof)

Do you find by a preponderance of the evidence that Westport failed to act as an ordinarily prudent insurance company would have under the same or similar circumstances by not accepting the alleged Highport-Insurance Alliance Lawsuit settlement demand made on September 22, 2009?

    Answer "Yes" or "No."

    ANSWER: __Yes__

**Question No. 3** (Penn National has the burden of proof)

Do you find by a preponderance of the evidence that Westport failed to act as an ordinarily prudent insurance company would have under the same or similar circumstances by not accepting the alleged Highport-Insurance Alliance Lawsuit settlement demand made in July 2010?

Answer "Yes" or "No."

ANSWER: __Yes__

**Question No. 4** (Penn National has the burden of proof)

Do you find by a preponderance of the evidence that Westport failed to act as an ordinarily prudent insurance company would have under the same or similar circumstances by not accepting the alleged Highport-Insurance Alliance Lawsuit settlement demand made in November 2010?

Answer "Yes" or "No."

ANSWER: __Yes__

We, the jury, have unanimously answered the above and foregoing special issues in the manner indicated in this verdict form and return these answers to the Court as our verdict.

ORIGINAL SIGNITURE ON
FILE IN OFFICE OF THE CLERK
FOREPERSON

DATE: 12/9/2022