IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, on its own behalf and as Assignee of HOUSTOUN, WOODWARD, EASON, GENTLE, TOMFORDE AND ANDERSON, INC. d/b/a INSURANCE ALLIANCE,<br>    *Plaintiff*,<br><br>v.<br><br>PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY d/b/a PENN NATIONAL INSURANCE,<br>    *Defendant*. | § § § § § § § § § § § § § § § § | CIVIL ACTION 4:16-cv-01947 |

## WESTPORT'S NOTICE OF APPEAL

Westport Insurance Corporation (Westport) files this notice that it will appeal the Court's final judgment in this case (Dkt. 242) entered on May 16, 2023 to the United States Court of Appeals for the Fifth Circuit. This notice of appeal includes the Court's rulings on Westport's motions for summary judgment and directed verdict.

Dated: June 14, 2022

1

Respectfully submitted,

| | |
|---|---|
| Douglas W. Walker | By: */s/ Melissa Davis Andrews* |
| dougwalker@walkerwilcox.com | Melissa Davis Andrews |
| *Attorney-in-charge* | State Bar of Texas No. 24045756 |
| admitted *pro hac vice* | Southern District of Texas No. 706383 |
| Christopher A. Wadley | melissa.davis@hklaw.com |
| admitted *pro hac vice* | Debora Alsup |
| cwadley@walkerwilcox.com | State Bar of Texas No. 02006200 |
| Christopher J. Shannon | Southern District of Texas No. 13974 |
| admitted *pro hac vice* | debora.alsup@hklaw.com |
| cshannon@walkerwilcox.com | |
| | HOLLAND & KNIGHT |
| WALKER WILCOX MATOUSEK LLP | 98 San Jacinto Blvd., Ste. 1900 |
| One North Franklin Street, Suite 3200 | Austin, Texas 78701 |
| Chicago, Illinois 60606 | Tel: (512) 469-6100 |
| Tel.: (312) 244-6700 | |
| Fax: (312) 244-6800 | |

ATTORNEYS FOR WESTPORT INSURANCE CORPORATION

## CERTIFICATE OF SERVICE

I certify that on June 14, 2023, the foregoing document was filed and served electronically on all counsel of record through the Court's ECF System for the United States District Court for the Southern District of Texas.

*/s/ Melissa Davis Andrews*
Melissa Davis Andrews